UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN ELIZABETH MAYKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No.19-cv-01983-JSC<br><br>**ORDER TO SHOW CAUSE RE: SERVICE OF THE COMPLAINT** |

Plaintiff Lauren Maykowski, through counsel, filed this action seeking review of the Commissioner of Social Security's decision under 42 U.S.C. § 405(g), on April 12, 2019. (Dkt. No. 1.) Although the Clerk issued the summons on April 15, 2019, Plaintiff has yet to file proof of service of the summons and complaint. (Dkt. No. 5.) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is ordered to file proof of service of the summons and complaint by October 15, 2019 or show cause as to why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 30, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge