UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN E. M.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANK BISIGNANO,<br><br>　　　　Defendant. | Case No.  25-cv-10585-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to No. 19-cv-01983-JSC, *Lauren E. M. v. Saul*.

　　　**IT IS SO ORDERED.**

Dated: December 11, 2025

_____
RITA F. LIN
United States District Judge